**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

NINA FAYE IRWIN, individually and as
Personal Representative of the Estate of
JOHN JAMES IRWIN, IV, deceased,

    Plaintiff,

v.                                            CASE NO: 8:07-cv-149-T-26MSS

GOODYEAR TIRE & RUBBER, INC.;
MONACO COACH CORPORATION; and
LAZY DAYS R.V. CENTER,

    Defendants.
_____/

**O R D E R**

Upon further reflection, and consistent with Rule 17(a)(3) of the Federal Rules of Civil Procedure, it is ordered and adjudged that Defendants' Motions to Dismiss for Failure to Prosecute in the Name of the Real Party in Interest (Dkts. 34 and 36) are denied. The Court, however, will construe the motions as objections to Plaintiff being the real party in interest. As so construed, Plaintiff shall cause the real party in interest to ratify, join, or be substituted into this action within twenty-one days of this order. If Plaintiff contends that she is the real party in interest, she shall state her position in that regard within the same period of time, following which the Court will issue a definitive ruling as to whether this action should be dismissed for failure to prosecute in the name of the real party in interest.

**DONE AND ORDERED** at Tampa, Florida, on May 9, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record